UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2022

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Nelli, Audrey Raelyn | Docket No. | 0980 4:22CR06004-MKD-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Audrey Raelyn Nelli, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 4th day of March 2022 under the following conditions:

**Standard Condition #6:** Defendant shall report to the U.S. Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Conditions #4:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendation information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

**Special Condition # 5:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 9, 2022, Ms. Nelli reported to the probation office and all her conditions of pretrial release supervision were reviewed. She signed a copy of her conditions, acknowledging a full understanding, and was provided with a copy of her signed conditions of pretrial release. Ms. Nelli was referred to Merit Resource Services (Merit) for outpatient substance abuse treatment and for drug testing.

**Violation #1:** Audrey Raelyn Nelli is alleged to be in violation of her pretrial release conditions by using a controlled substance, amphetamine and methamphetamine, on or about May 31, 2022; and June 17, and 21, 2022.

On May 31, 2022, Ms. Nelli completed a drug test at Merit, which was presumptive positive for amphetamine and methamphetamine. Merit staff sent this drug test to Cordant Health Solutions for confirmation and the drug test report was later received confirming a positive result for amphetamine and methamphetamine. Merit staff reported Ms. Nelli initially denied any drug use, but later admitted to using methamphetamine after she was confronted with the drug test report confirming a positive result.

On June 17, 2022, Ms. Nelli reported to Merit for a treatment session. During this contact, Merit staff collected a drug test from Ms. Nelli. This drug test was presumptively positive for amphetamine and methamphetamine, and Merit staff sent this drug test to Abbott Laboratory for confirmation. The drug test report was later received on June 29, 2022, confirming a positive result for amphetamine and methamphetamine.

On June 21, 2022, Ms. Nelli reported to the probation office as instructed. During this office visit, Ms. Nelli admitted to using methamphetamine on the morning of June 17, 2022. Ms. Nelli also admitted to recently having used methamphetamine with co-defendant, Daniel Doyle. The undersigned officer instructed Ms. Nelli to complete a drug test which she complied, however, the sample was extremely clear indicating the sample was diluted. Ms. Nelli denied any new drug use since June 17, 2022 when questioned by the undersigned officer. Ms. Nelli was then instructed to remain at the probation office until she could provide a valid sample for drug testing. Ms. Nelli was later able to provide another sample for drug testing, however, the sample was still extremely clear and the drug test was presumptive positive for amphetamine and methamphetamine. This drug test was sent to Abbott Laboratory for confirmation. The drug test report was later received on June 29, 2022, confirming the sample was diluted and a positive result for amphetamine and methamphetamine.

**Violation #2:** Audrey Raelyn Nelli is alleged to be in violation of her pretrial release conditions by failing to report for drug testing as required on May 18, and June 6, 15, and 27, 2022.

Merit reported Ms. Nelli failed to report for random drug testing as required on May 18, 2022; and on June 6, and 15, 2022 when her assigned color was called. Ms. Nelli did not contact the undersigned officer about these missed drug tests.

On June 27, 2022, Ms. Nelli reported to the probation office as instructed. The undesigned officer instructed the defendant to complete a drug test and the defendant reported she was not ready to provide a sample and she needed time. After some time, Ms. Nelli notified the undersigned officer via her cell phone that she was in the hallway bathroom of the building as she was sick. The undesigned officer after a few minutes went to check on Ms. Nelli, and at that time the defendant reported she had urinated herself due to a medical condition. The undersigned officer instructed Ms. Nelli to report to Merit on that same date for drug testing before 6 p.m. and to provide medical documentation verifying her medical condition. Ms. Nelli verbalized an understanding of these instructions.

Ms. Nelli left the probation office around 12 p.m., allowing her more than enough time to be able to report to Merit well before 6 p.m. On June 28, 2022, Merit staff reported to the undersigned officer Ms. Nelli reported on June 27, 2022 around 5:30 p.m. stating she was not ready to provide a sample for drug testing. Ms. Nelli then notified Merit staff she was able to provide a sample for drug testing, as staff were closing their office at 6 p.m. Ms. Nelli failed to complete the drug test as instructed and the defendant did not make any effort to contact the undersigned officer to report this. To date, Ms. Nelli has not provided medical documentation confirming her medical condition.

**Violation #3:** Audrey Raelyn Nelli is alleged to be in violation of her pretrial release conditions by failing to report to the United States Probation Officer as instructed by telephone on or about June 28, 2022.

On June 28, 2022, the undersigned officer called Ms. Nelli to discuss why she failed to complete the drug test as instructed at Merit the day before. Ms. Nelli did not answer the undersigned officer's phone call and the undersigned officer left Ms. Nelli a voice message instructing her to call this officer. To date, Ms. Nelli has not made any effort to contact the undersigned officer.

**Violation #4:** Audrey Raelyn Nelli is alleged to be in violation of her pretrial release conditions by failing to comply with outpatient substance abuse treatment on or before June 29, 2022.

On June 29, 2022, Merit staff reported to the undersigned officer Ms. Nelli is currently in noncompliance with her treatment plan due to drug use and for failing to attend scheduled treatment sessions. Merit staff reported Ms. Nelli failed to attend scheduled treatment sessions on June 9, and 14, 2022. Ms. Nelli did not contact Merit in advance and in both occasions Merit staff contacted Ms. Nelli to re-engage her in services.

**Re: Nelli, Audrey Raelyn**
**July 1, 2022**
**Page 3**

Ms. Nelli attended an individual treatment session at Merit on June 23, 2022. During that contact, Ms. Nelli disclosed having used methamphetamine on May 31, and June 17, 2022. Consequently, Merit placed Ms. Nelli on a behavioral contract and advised inpatient substance abuse treatment would be recommended if she engaged in further drug use. However, Ms. Nelli did not disclose to her treatment counselor her use of methamphetamine on June 21, 2022. While Ms. Nelli is in noncompliance, she has not yet been terminated from outpatient substance abuse treatment services.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 1, 2022

by   s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 1, 2022
Date