FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AUDREY RAELYN NELLI,<br><br>  Defendant. | No. 4:22-CR-06004-MKD-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE<br><br>**MOTIONS GRANTED**<br>**(ECF Nos. 79, 81, 82)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 79.** Amended Unopposed motion to Modify Conditions of Release, **ECF No. 81**, and Motion to Expedite, **ECF No. 82.** Specifically, the Defendant requests a medical furlough to attend a doctor's appointment at Mountainview Women's Clinic on August 18, 2022, and then surgery on August 23, 2022, at Prosser Memorial Hospital. Defendant recites in her motion that U.S. Probation and the United States are not opposed to the motion.

The Court finding good cause, **IT IS ORDERED** Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 79,** Amended Unopposed Motion to Modify Conditions of Release, **ECF No. 81**, and Motion to Expedite, **ECF No, 82**, are **GRANTED**.

ORDER - 1

     Defendant shall be **RELEASED on August 18, 2022**, from Triumph Treatment Center in Yakima, Washington, to be transported by her mother to attend her scheduled doctor's appointment at the Grandview, Washington Mountainview Women's Clinic. Defendant shall travel directly to the appointment and upon its completion shall return directly to the Triumph Treatment Center in Yakima, Washington **on August 18, 2022, no later than 6:00 p.m.**

     Defendant shall again be **RELEASED on August 23, 2022**, from Triumph Treatment Center in Yakima, Washington, to be transported by her mother to attend her scheduled surgery at Prosser Memorial Hospital. Defendant shall travel directly to the hospital and remain there until such time her doctor advises that she is safe to leave, whereupon her mother will transport her directly back to the Triumph Treatment Center in Yakima, Washington

     Defendant shall strictly comply with the release plan set forth in the Order Granting Defendant's Motion to Reopen Detention Hearing filed July 18, 2022, **ECF No. 72**, which is incorporated herein by reference.

     All other terms and conditions of release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 17, 2022.



                              JAMES A. GOEKE
                              UNITED STATES MAGISTRATE JUDGE

ORDER - 2