# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Nelli, Audrey Raelyn | Docket No. | 0980 4:22CR06004-MKD-2 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Audrey Raelyn Nelli, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the court at Yakima, Washington, on the 4th day of March 2022.

On July 13, 2022, the defendant made an initial appearance for a pretrial release violation (petition dated July 1, 2022, ECF 62) before the Honorable U.S. Magistrate Judge Alexander C. Ekstrom. Ms. Nelli's pretrial supervision was revoked and she was detained. On July 18, 2022, the defendant appeared before the Honorable U.S. Magistrate Judge Alexander C. Ekstrom on a motion to reopen detention hearing. The defendant was temporarily released from custody, under release conditions (ECF 71), which included the following:

**Release Condition # 2**: Defendant shall be temporarily released from Yakima County Jail to her mother, Shawna Nelli, on July 19, 2022, on or after 8 a.m., and shall proceed directly to and enter treatment at the Riel House, Triumph Treatment Services, 120 S. 3rd Street, Yakima, Washington 98901.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Audrey Raelyn Nelli is considered to be in violation of her pretrial release by being terminated from inpatient substance abuse treatment on October 27, 2022.

On October 27, 2022, the defendant's inpatient treatment counselor left the undersigned officer a voice messages stating Ms. Nelli was being discharged from the treatment facility on this same date due to a rule violation. Ms. Nelli confirmed she was discharged from the treatment facility on this same date after she was in a verbal argument with another client at the treatment facility. The undersigned officer made telephonic contact with the treatment counselor who reported Ms. Nelli was discharged after she was in an altercation with another client, in which the defendant chest bumped and threw a table or a chair at the other client , almost hitting a child. The treatment counselor also reported the defendant was placed on a behavioral contract on October 25, 22022,  for her poor communication, using foul language toward staff.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | October 27, 2022 |
| by | s/Elizabeth Lee | |
| | Elizabeth Lee U.S. Pretrial Services Officer | |

PS-8

Re: Nelli,, Audrey Raelyn
October 27, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer
10/28/2022

Date