# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 06, 2023**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Nelli, Audrey Raelyn | Docket No. | 0980 4:22CR06004-MKD-2 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Audrey Raelyn Nelli, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton, sitting in the court at Yakima, Washington, on the 4th day of March 2022, under the following conditions:

**Standard Condition # 9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

The conditions of pretrial release supervision were reviewed with Ms. Nelli on March 9, 2022, and later again on November 14, 2022, to include standard condition number 9, as noted above.

**Violation #1:** Audrey Raelyn Nelli is considered to be in violation of her pretrial release by having used oxycodone without a valid prescription, on or before January 13, 2023.

On January 13, 2023, Ms. Nelli reported to the probation office as required. During this visit, the defendant told the undersigned officer her mother was managing the pain medication she was previously prescribed, after she had a dental procedure. However, her mother believed she had mixed up the defendant's and the defendant's grandmother's medication and gave the defendant the wrong medication, oxycodone, by mistake. Ms. Nelli completed a drug test that same date and the results were presumptive positive for oxycodone. Ms. Nelli reported she does not have a prescription for oxycodone. This drug test was sent to the Abbott Laboratory for confirmation and the report was later received confirming a positive result for oxycodone.

Ms. Nelli was placed on increased reporting to the probation office with increased drug testing. To date, Ms. Nelli has complied with these instructions and drug tests have been negative. The defendant is enrolled in outpatient substance abuse treatment at Merit Resource Services and to date, is in compliance.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   February 3, 2023 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

PS-8

**Re: Nelli, Audrey Raelyn**
**February 3, 2023**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

February 6, 2023
Date